Sami N. Khadder (SBN 232216)
KHADDER LAW FIRM
847 Sansome St., Suite 200
San Francisco, CA 94111
(Telephone) (415) 402-0711
(Facsimile) (415) 901-0402
sami@khadderlaw.com

Attorney for Plaintiff
MARCUS SHOAF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SHOAF, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE HARDWARE CORPORATION, a corporation; and DOES 1-40 inclusive,<br><br>    Defendants | Case No.: 2:15−CV−01682−JAM−KJN<br><br>**ORDER CONTINUING THE RULE 26(f) CONFERENCE OF COUNSEL**<br><br>**Complaint Filed:**   06/22/2015<br><br>**Assigned for all purposes to**<br>**Hon. John A. Mendez** |

The Court, having reviewing the Joint Stipulation to Continue the Rule 26(f) Conference of Counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. The October 6, 2015 deadline for counsel to conduct a Rule 26(f) Conference is continued;

2. The Court shall set a new deadline for counsel to conduct a Rule 26(f) Conference at the October 21, 2015 hearing on Plaintiff's counsel's

Motion to Withdraw as Counsel, or if no hearing is held, upon the Court's ruling on the Motion.

Dated: September 28, 2015           /s/ John A. Mendez

Hon. John A. Mendez
District Court Judge