# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SHOAF, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>ACE HARDWARE CORPORATION., a corporation; and DOES 1-40 inclusive,<br><br>                Defendants. | CASE NO. 2:15-CV-01682-JAM-KJN<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL (Fed. R. Civ. P. 41)**<br><br>**Assigned for all purposes to Hon. John A. Mendez**<br><br>CASE FILED:   June 22, 2015<br>TRIAL DATE:   March 27, 2017 |

The Parties' joint motion to dismiss is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorneys' fees.

**IT IS SO OSHOAFRDERED**.

Dated: December 20, 2016

                                        /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Court Judge

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7781046.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL (Fed. R. Civ. P.